IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**KENNEDY M. RUSSELL, SR.,**

**Defendant.**  No. 10-30196-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Now before the Court is a letter from the defendant requesting copies of documents in his case (Doc. 80). He asks for documents 2, 3, 22, 24, 26, 28, 30, 60 & 63. Defendant's motion states that he would like the documents "to better manage my case." The documents that defendant seeks are sealed documents that are only for the Court to view. They contain such information as grand juror names, juror names and other information that cannot be disclosed pursuant to the E-Government Act of 2002. Neither the government, the defendant nor the public are entitled to view these documents. Accordingly, the Court **DENIES** defendant's request for documents(Doc. 80). **IT IS SO ORDERED.**

Signed this 2nd day of May, 2012.

Digitally signed by David R. Herndon
Date: 2012.05.02 09:56:46 -05'00'

**Chief Judge**
**United States District Court**