IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**KENNEDY M. RUSSEL,**

**Defendant.** No. 10-cr-30196-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Russell's motion to suspend ruling on previous 60(b)(4) motion for leave to amend (Doc. 87). Russell contends that "this District Court has inadvertantly [sic] misinterpreted and misstated Russell's contentions in previous Rule 60(b) motion filed on September 14, 2012." The Court has reviewed its September 20, 2012 dismissing for want of jurisdiction Russell's September 14, 2012 motion (Doc. 86) and finds that the Order is correct. Based on the reasons stated in the prior Order, the Court, **DENIES** this motion.

**IT IS SO ORDERED.**

Signed this 15th day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.15
10:57:58 -05'00'

**Chief Judge**
**United States District Court**